CV17-0038 TUC RM PSOT

Andrew Suh
B 72067
2600 N. Brinton Ave
Dixon, IL 61021

U.S. DISTRICT COURT OF ARIZONA
Office of the Clerk ; Hon Judge ; Jennifer Zipps
January 23, 2017

FILED ___ LODGED
RECEIVED ___ COPY
JAN 23 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Andrew Suh
A petitioner
V.
Six unknown names agents
Or M r president of the
United States Barack Obama
Respondents
or Donald Trump
Mr. President of U.S.

Under 42 usc 1983 a civil rights action own solely with a writ of summons and a complaint by federal or ~~the law of the state~~ Chief Justice John Roberts and Attorney General Eric Holder under due pro cessequal rights en banc pass a resolution a pleader injury entitled to redress requiredattained confirmed a petition for a writ of certiorari and a reversal of a review of his conviction and a remanded a decision a recover on a theory persi st insist firmly for injury

no Tax
Plus triple damages or illegal discrimination include price by jury trial
, Entering a final ~~judgment~~ one lump sum a limit one

An adopted in full a proper a writ of ~~execution acontract~~ a petition for reconsider a foreign state an application by a party to a determination naturalize a reasonable amount total real to redress a prompt pay in full within ten days pay duties in a more any rights to sue or any conviction victims injury to sue to redress required a writ of attachment garni shment an ownership amount of damages is five millions dollars and plus one hundred millions dollars to

Andrew Suh B 72067 Deposit in the bank ~~a tax payer~~ an equity pay in full within ten days for a determination a motion to set aside a judgment of his conviction and a remanded one to ~~five years~~ treasury note~~s~~ for a determination a selected by supreme court of the united states or Mr. president of the united states Barack Obama ~~a privilege a pardon an amnesty~~ a bill of possession guarantee a right in union I am injured to redress required real obtain secure exact realized attained confirmed solely own by jury trial of receipt immediately a disposition a sett lement an earier an amended a properly a valid ~~a treaty~~ a petition for reheaing an order a policy a rule a qualification a reinstate an indemnity a restitution I believe I am entitled to redress a fact a genuine dispute a motion f~~or summary jud gment~~ a final ~~judgment an agreement~~

20% Donate to Pentagon

~~A~~ prayer ~~a~~ claim by names of Andrew Suh B 72067 ~~a~~ pro se ~~party a~~ parties required

A claim a complaint a plaintiff a person an individual individuals a remedy remedies his injury claim a timely a pe tition for a writ of habeas corpus a decision in habeas corpus a case cases claims a key ~~a default~~ once a claim for relief no more than 30 days a private a privacy right alone suffice a master a special master issues a showing a matter of rights a title a demurrer a brief briefs a state a statute a statement in such a proceedings a right a decision an immediat ely determination a rights for First Fifth Eleventh and Fourteenth Amendments ART III 28 usc d. f. conclusion of suit in other proceedings commenced unconstitutional conviction by witness perjury false state assume 1915 g.H. infer presumption no racial discrimination in good faith ~~good conscience~~ unnecessary delay unconstitutional detention torture an innoce nt families in America reside in America no deportation no attempt or conspiracy charged no alleged misconduct an appropriate a society a u.s. citizen card a release a permit a suffice an active a budget each fiscal year a motion for panel reconsider ~~granted~~ a redress required a classes actions 30 days deadline guarantee ~~donate to pentagon for one mi llion dollars~~ a stay by jury prompt jurisdiction grounds motions issues parties pleadings amendments claim for relief enough pleader is entitled to relief ~~judgment~~ adopted all others pleadings same pleadings result matters all parties raise others relief may ~~granted~~ equal protection all other amendments a party a party may amend same remedies by democratic ~~remain continue~~ guarantee in union PLRA 3 or more 50 more antitrust laws a motion to amend and relief by jury in immediately and immediately release from custody

I Had Two Hundreds years murder crime sentenced This is 8th Amendment violation unconstitutional also an inmate confined in an institution and room search for illegal a petition for a writ of ~~cer~~ certiorari to a writ of review immediately a review to a writ of judgment reversal of conviction by U.S. Supreme Court or 3 Judges immediately for unconstitutional no more discriminate sentence innocent the last day an abrupt end by Jury consideration no infringe custody sanctions 28 usc 1746.
an important Federal question
AMICUS Curiae an important matter

Andrew SuH
B 72067
2600 N. BRINTON AVE
Dixon, IL 61021

A NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF State of illinois

Andrew SuH

A PETITIONER

V.

SIX UNKNOWN NAMES AGENTS
OR MR PRESIDENT OF THE
UNITED STATES BARACK OBAMA
RESPONDENTS
or Donald Trump
MR president of u.s.

A NOTICE OF APPEAL

DOCKET NO;

NOTICE IS HEREBY GIVEN THAT Andrew SuH B72067
PARTY

HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE 9th CIRCUIT describe it ENTERED IN THIS ACTION ON THE 23 DAY OF January, 2017
~~For admission~~ a Judgment of conviction is ~~acquitted~~ set aside by a Jury ~~admitted~~ within Ten days
28 U.S.C 1915 g.H.

name of
SIGNATURE

Andrew SuH
PRINTED NAME

ADDRESS;

WITHOUT FEE, FOR SERVICE
WITHOUT CONFERENCE, AN APPROPRIATE
AN INDEMNITY A RESTITUTION A REINSTATE
AN AMENDED IN GOOD FAITH ~~GOOD CONCIENCE~~
AN APPEAL

DATE; January 23, 2017